IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>     Plaintiff,<br><br>  v.<br><br>DAVID GREENBERG,<br><br>     Defendant. | NO. CV S-04-2372 GEB GGH<br><br><u>ORDER RE SETTLEMENT AND DISPOSITION</u> |

On June 2, 2005, Plaintiff filed a "Notice of Settlement with Defendant David Greenberg" which states this case has settled. The parties have until 4:30 p.m. on July 5, 2005, to either file a document dismissing this action or to lodge a proposed order which could effect dismissal. <u>See</u> L.R. 16-160(b).  Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice and a dismissal order may be filed. <u>See</u> L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

IT IS SO ORDERED.

Dated:  June 14, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge