IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>DAVID GREENBERG,<br><br>            Defendant. | CIV. S-04-2372 GEB GGH<br><br><u>ORDER DISMISSING ACTION</u> |

On June 21, 2005, Plaintiff filed a "Request for Voluntary Dismissal of Defendant David Greenberg." Greenberg is dismissed and since he is the only Defendant, the Clerk of Court is directed to close the action.

IT IS SO ORDERED.

Dated:  June 21, 2005

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge